UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
CASE NO. 06-CR-14037-GRAHAM/LYNCH

UNITED STATES OF AMERICA

        Plaintiff,

vs.

HERBERT McKINNEY, JR.,

        Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon a Report and Recommendation on Defendant's Admissions to Violations as set forth in the Petition for Violations of Supervised Release (D.E. #107) filed on October 1, 2012, recommending that the Defendant be found to have violated his supervised release in respect to violations numbers 1, 2, and 3 as set forth in the Petition and that a sentencing hearing be set by the District court for final disposition of this matter.

The Defendant and the U.S. Government were afforded the opportunity to file objections to the Report and Recommendation; however, none were filed. The Court has conducted an independent review of the record. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Report and Recommendation filed in this cause is hereby, **AFFIRMED and APPROVED** in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 26th day of October, 2012.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

Copied: Magistrate Judge Lynch
        Panayotta Augustin-Birch, Esquire
        Rinku Talwar Tribuiani, AUSA